United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORWIN RUIZ CRUZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-03631** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner Norwin Ruiz Cruz's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 6). Respondents report that Petitioner is subject to the Asylum Cooperative Agreement ("ACA") whereby Nicaraguan nationals will be accepted by Honduras. Respondents advise that "the exact travel document requirement for the ACA removal for a Nicaraguan to Honduras is unknown currently. ICE ERO has reached out to HQ for guidance and is currently awaiting a response." ECF No. 6-3, Exh. 3.

The Court will give Respondents until May 29, 2026, to ascertain what travel documents are required for ACA cases, acquire those documents, and schedule Petitioner for a removal flight. Respondents are **ORDERED** to provide a status update on or before May 29, 2026. If, on or before that date, Respondents secure the necessary document(s) and schedule Petitioner for a removal flight, then the Court will lift the stay of removal at Respondents' request.

   **IT IS SO ORDERED.**

Signed at Houston, Texas, on May 18, 2026.

Keith P. Ellison
United States District Judge